IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DARRELL FOXX,DUNBAR DEVELOPMENT )
COMPANY LLC, and PAUL L. DUNBAR  )
GROUP, INC.,                     )
                                 )
          Plaintiffs,            )
                                 )
     v.                          )
                                 )    1:23-cv-205
MICHAEL DOUGLAS, CHRISTOPHER     )
CURRY, MAYOR BARBRA MALLET,      )
TOWN OF EAST SPENCER BOARD OF    )
ALDERMAN, TOWN OF EAST SPENCER   )
ZONING AND PLANNING BOARD,       )
DELORES HIGH, ALBERT SMITH,      )
DEWAYNE HOLMES, CURTIS COWAN,    )
JOHN NOBLE, and SHAWN RUSH,      )
                                 )
          Defendants.            )
```

## ORDER

On February 19, 2026, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 6, 7.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 6), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m) for failure to serve.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 9th day of March, 2026.

/s/ William L. Osteen, Jr.
United States District Judge